## COVERSON v. STATE.

Ohio Appeals, 1st Dist., Hamilton Co.

Thos. J. Howard and Jas. G. Stewart, Cincinnati, for Coverson.

Chas. P. Taft, 2nd, Pros. Atty., Carl E. Basler and John Clippinger, Cincinnati, for State.

480. EVIDENCE—803 Murder—333 Criminal Law.

1. Where witness, in trial for murder by killing police officer, has testified that deceased, in going toward defendant, stated "I am the law," permitting such witness to explain meaning of such statement, not error.

2. Where conviction is justified, under evidence, on first count of indictment, error, in evidence, as to second count, not prejudicial.

HAMILTON, PJ.

1. Where defendant was charged with killing of a police officer while in discharge of his duty, witness having testified that deceased in going toward defendant stated "I am the law," permitting him to answer to question as to what was understood in the colored community by the expression that it meant that he was an officer of the law, was not error as permitting witness to give a conclusion.

2. Where defendant was charged with murder with malice, and in second count of indictment with murdering a policeman while in discharge of his duty, error, if any, in permitting witness to explain meaning among colored people of defendant's victim's statement "I am the law," was harmless, in view of conviction, justified under evidence, on first count charging murder with malice.

(Mills and Cushing, JJ., concur.)

For reference to full opinion, see Omnibus Index, last page, this issue.

---

## JOHNSON v. UPRITE MFG. CO.

Ohio Appeals, 1st Dist., Hamilton Co.

Slattery & Dunlap, Cincinnati, for Johnson.

Dempsey & Dempsey, Cincinnati, for Uprite Mfg Co.

897. PATENTS—106 Assignments.

1. Right to assign interest in patent, includes right to assign and authorize licensee to prosecute infringers.

2. Instrument granting exclusive license to manufacture, sell and use patented devices, not properly acknowledged or recorded as assignment, held to constitute merely license.

CUSHING, J.

1. Right of owner of patent under 35 USCA 47, to assign an interest therein, includes a right to assign and authorize licensee to prosecute infringers.

2. Instrument granting sole and exclusive license to manufacture, sell, and use devices made according to patents and providing for prosecution of infringers, not having been properly acknowledged or recorded as assignment under 35 USCA 47, held to constitute merely a license ceasing according to its terms on licensee's ceasing to do business.

(Hamilton, PJ., concurs.)

For reference to full opinion, see Omnibus Index, last page, this issue.